August 29, 2008

Mr. J. Wade Birdwell
Wallach & Andrews P.C.
550 Bailey Avenue, Suite 500
Fort Worth, TX 76107
Ms. Constance M. Maher
The Maher Law Firm
3020 Matlock Road, Suite 120
Arlington, TX 76015-2901

RE: Case Number: 08-0009
 Court of Appeals Number: 02-07-00360-CV
 Trial Court Number: 348-219982-06

Style: MIKE BISMAR, M.D.
 v.
 DOROTHY A. MOREHEAD, VAUGHN R. MOREHEAD AND JAMES P. MOREHEAD, III,
 INDIVIDUALLY AND AS HEIRS AT LAW OF GLORIA MOREHEAD, DECEASED

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Thomas A. |
| |Wilder |
| |Ms. Kay E. |
| |Ellington |
| |Ms. Hilaree A. |
| |Casada |
| |Ms. Stephanie |
| |Robinson |